ETHEL S. H. PAOLANTONIO, an Infant, by WILLIAM C. HAMNER, Her Guardian ad Litem, et al., Appellants, *v.* LONG ISLAND RAIL ROAD COMPANY, Respondent.

Argued January 4, 1950; decided January 12, 1950.

*Joseph F. O'Brien* for appellants.

*William F. McNulty, John McKim Minton* and *Richard R. Bongartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.